COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
| --- | --- | --- |
|  | § | No. 08-15-00183-CV |
| IN RE: ROSA SERRANO, INDIVIDUALLY. | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## J U D G M E N T

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Virgil Mulanax and the Honorable Tom Spiczney, Judges of the County Court at Law No. 7 of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 23RD DAY OF JUNE, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating